STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CIVIL ACTION
                                                  Docket No. RE-11-335
                                                  NM - Cum - 7/11/2013

BANK OF AMERICA, N.A.,

        Plaintiff
                                                  ORDER ON PLAINTIFF'S
v.                                                MOTION FOR SUMMARY
                                                  JUDGMENT
CHRISTOPHER L. JETTINGHOFF,

        Defendant

and

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR
COUNTRYWIDE HOME LOANS, INC.,                     11 JUL '13 PM2:45

        Party-In-Interest


        The plaintiff seeks a summary judgment on its complaint for foreclosure. The

plaintiff has failed to establish the foundation necessary for consideration of affiant

Denise Sipe's testimony and the business records referred to in her affidavit.[1] (Sipe Aff.

¶¶ 1-3.); see Beneficial Maine, Inc. v. Carter, 2011 ME 77, ¶¶ 14-16, 25 A.3d 96; HSBC

Mortgage Services, Inc. v. Murphy, 2011 ME 59, ¶ 10, 19 A.3d 815; M.R. Evid. 803(6);

M.R. Civ. P. 56(e).

        In addition, the plaintiff failed to "certify proof of ownership of the mortgage

note . . . ." 14 M.R.S. § 6321; see Bank of Am., N.A. v. Cloutier, 2013 ME 17, ¶ 16, 61 A.3d

1242. The plaintiff fails to state the owner the note. The Law Court has held that a

---

[1] Ms. Sipe fails to provide adequate detail concerning the source of her knowledge regarding the record keeping practices of the plaintiff and other entities involved. Attorney Doonan does not remedy the foundation issue. (*See* Pl.'s S.M.F. ¶ 3; Doonan Aff. ¶ 1.)

1

plaintiff is required "to identify the owner or economic beneficiary of the note and, if the plaintiff is not the owner, to indicate the basis for the plaintiff's authority to enforce the note pursuant to Article 3-A of the UCC." Cloutier, 2013 ME 17, ¶ 16, 61 A.3d 1242.

The entry is

The Plaintiff's Motion for Summary Judgment is DENIED.

Dated: 7·11·13

Nancy Mills
Justice, Superior Court

2

BAC HOME LOANS SERVICING LP VS CHRISTOPHER L JETTINGHOFF ET AL
UTN:AOCSsr  -2011-0054845                        CASE #:PORSC-RE-2011-00335
--------------------------------------------------------------------------

01 0000003250            DOONAN, JOHN A
     100 CUMMINGS CENTER, STE 225D   BEVERLY MA 01915
     F      BAC HOME LOANS SERVICING LP           PL        RTND    06/10/2011

02 0000004682            CORMIER, JENAI J
     100 CUMMINGS CENTER, STE 225D   BEVERLY MA 01915
     F      BAC HOME LOANS SERVICING LP           PL        RTND    06/10/2011